MICHELE BECKWITH
Acting United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO VALENCIA,<br><br>Defendant. | CASE NO. 2:25-CR-00016-TLN<br><br>STIPULATION CONTINUING STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: April 10, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Ignacio Valencia, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on April 10, 2025.

2. By this stipulation, the parties now move to continue the status conference to May 1, 2025, at 9:30 a.m.

3. Counsel for defendant requests more time to review discovery which includes numerous videos, photographs, documents, and reports.

4. The government does not oppose the requested continuance.

5. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 1, 2025; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon defense counsel's request for

more time to review discovery.

6. Both parties also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: April 2, 2025  MICHELE BECKWITH
Acting United States Attorney

/s/ *NICOLE VANEK*
NICOLE VANEK
Assistant United States Attorney

Dated: April 2, 2025  /s/ *SHARI RUSK*
SHARI RUSK
Counsel for Defendant
IGNACIO VALENCIA

## ORDER

IT IS SO FOUND AND ORDERED this 2nd day of April, 2025.

Troy L. Nunley
Chief United States District Judge