MICHELE BECKWITH
Acting United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO VALENCIA,<br><br>Defendant. | CASE NO. 2:25-cr-00016-JAM<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Ignacio Valencia, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on May 1, 2025 in front of the Honorable Troy L. Nunley.

2.      By previous order, this matter was reassigned from the Honorable Troy L. Nunley to the Honorable John A. Mendez and the current status date has been vacated.

3.      The parties now request that the status conference be set for **August 05, 2025, at 09:00 a.m.**

4.      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 5, 2025; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon the reassignment of the case

and defense counsel's recent receipt of additional discovery.

5.    Both parties also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.


IT IS SO STIPULATED.



Dated:  April 23, 2025                              MICHELE BECKWITH
                                                    Acting United States Attorney


                                                    /s/ *NICOLE VANEK*
                                                    NICOLE VANEK
                                                    Assistant United States Attorney


Dated:  April 23, 2025                              /s/ *SHARI RUSK*
                                                    SHARI RUSK
                                                    Counsel for Defendant
                                                    IGNACIO VALENCIA




**ORDER**

IT IS SO ORDERED.


Dated: April 24, 2025                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE