ERIC GRANT
United States Attorney
NICOLE M. VANEK
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00016-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, TO CONVERT STATUS CONFERENCE TO CHANGE OF PLEA HEARING ON SEPTEMBER 23, 2025, AND EXCLUDE TIME** |
| v. | |
| IGNACIO VALENCIA, | |
| Defendant. | DATE: September 9, 2025 |
| | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Ignacio Valencia, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on September 9, 2025.

2.      On September 3, 2025, defense counsel notified the government that the defendant would like to change his plea. Defense counsel also notified the government that she needs additional time to meet with her client prior to his change of plea hearing.

3.      By this stipulation, the parties now move to **continue** the status conference to **September 23, 2025, at 09:00 a.m.**, and **convert it to a change of plea hearing**.

4.      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 23, 2025; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) and General Order 479, Local Code T4 based upon defense counsel's request for

STIPULATION RE CONTINUANCE OF STATUS

1    additional time to meet with her client.

2        5.    Both parties also agree that the ends of justice served by the Court granting this

3    continuance outweigh the best interests of the public and the defendant in a speedy trial.

4

5        IT IS SO STIPULATED.

6

7

8    Dated:  September 4, 2025                    MICHELE BECKWITH
                                                  Acting United States Attorney
9

10                                               /s/ *NICOLE M. VANEK*
                                                 NICOLE M. VANEK
11                                               Assistant United States Attorney

12

13   Dated:  September 4, 2025                    /s/ *SHARI RUSK*
                                                  SHARI RUSK
14                                                Counsel for Defendant
                                                  IGNACIO VALENCIA
15

16

17

18                          **ORDER**

19       IT IS SO ORDERED.

20

21   September 04, 2025

22                                               _____
                                                 JOHN A. MENDEZ,
23                                               SENIOR UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION RE CONTINUANCE OF STATUS                2