SHARI RUSK
Attorney at Law
916 2nd Ave., 2nd flr
Sacramento, CA 95814
Telephone:  (916) 804-8656

Attorney for Defendant
IGNACIO VALENCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>IGNACIO VALENCIA,<br><br>                              Defendant. | CASE NO.  2:25-cr-00016-JAM<br><br>**<u>FIRST</u> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE**<br><br>DATE: March 3, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

This matter was set for judgement and sentencing on March 3, 2026.  The parties request that the matter be **CONTINUED** to **April 07, 2026, at 09:00 a.m.**  The psychologist evaluating Mr. Valencia has not yet completed her review. The parties adopt the following schedule:

| | |
|---|---|
| Draft PSR: | **February 24, 2026** |
| Informal Objections: | **March 10, 2026** |
| Final PSR: | **March 17, 2026** |
| Formal Objections: | **March 24, 2026** |
| Reply: | **March 31, 2026** |
| Sentencing: | April 07, 2026 |

1

Dated:  February 3, 2026

ERIC GRANT
Acting United States Attorney

/s/ Nicole Vanek
Nicole Vanek
Assistant United States Attorney

Dated:  February 3, 2026

/s/ Shari Rusk
Shari Rusk
Counsel for Defendant
IGNACIO VALENCIA

## ORDER

IT IS SO ORDERED.

Dated: February 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2